# United States District Court
## District of Massachusetts

| | |
|---|---|
| DARREN L. FAVREAU,<br>　　　　Plaintiff<br><br>v.<br><br>BERKSHIRE COUNTY JAIL,<br>　　　　Defendant | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>Civil Action No. 04-30246 MAP |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒   GRANTED.

　　☒   The clerk is directed to file the complaint.

　　☒   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

ENTERED on   December 9, 2004   .

　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　U.S. Magistrate Judge