UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Filed 12/13/04
JCS

PLAINTIFFS NAME
Darren L. Favreau

V

DEFENDANTS NAME
Berkshire County Jail

Civil Action
No. 0430246-MAP

## Complaint

### Parties

1. The Plaintiff is a resident of your town, at Berkshire County Jail 467 Chesire Road Pittsfield, Ma 01201, your county, Massachuset and a citizen of the United States.

2. The defendant the Berkshire County Jail is a resident of 467 Chesire road Pittsfield, Massachusets 01201, your county, Massachusests and citizen of the United States.

### Jurisdiction

3. This court has Jurisdiction over this matter pursuant to 28 U.S.C.1332.

### Facts

4. On 2/04 I was arested in Pittsfield, Ma for Larceney over 250 and a N.Y. State Parole Violation. I was sentenced to 60 days. I put in request to go to the Law Library and was told that it was closed because people were using it to go meet there friends. I put several grievances in on this issue and they are EXample Snumber 1 and 2. Ive asked for copies of the appeals i put in but got no response. I was released on 4/04 .

5. I was rearested on (/12/04. This jail is using a Paging system which a Judge Hainsworth wrote nomatter how good a paging system is run it is inadiquit to do resurch and shepardise cases. Ive asked for all rules and guid lines about the Law Library on how many hours weare suposed to get a week. What books they are supposed to have in it and about the Paging system. That was on 9/24/04 Example number 3 the response was Example number 4 . I asked again on 9/29/04 Example number 5 and response was number 6.

6. I wrote to Harvard Prison Legal Assistance Project on 10/04 and recieved a response Example number 7 they stated they called the jail but didnt have the resources to force them to change it. Im waiting on several other responces from other places.

# BERKSHIRE COUNTY SHERIFF'S OFFICE

## **INMATES GRIEVANCE FORM**

Example #1

NAME: Darren Favreau

POD: P    CELL #: 106

Did you try to informally resolve your problem with the pod officer/staff person?

Yes X    No ___

If the answer is yes, list the pod officer/ staff person you talked to.

Don't know name

Nature of Complaint (please be brief and specific)

That I can't use the law library when I have open cases. I can't stop to use cases from my cell it is a violation of my constitutional rights. I want to do my own research.

Signature: Darren Favreau    Date: 3/15/04

- - - - - - - - - - - - - - - - - INMATES DO NOT WRITE BELOW THIS LINE - - - - - - - - - - - - - - - - -

DATE GRIEVANCE RECEIVED: 3/16/04

UNIT MANAGER/DESIGNEE RESPONSE:

you have the right to access the law library, which we provide. There is nothing in the constitution stating you have to go to the law library.

Not Grievable [ ]   Remedied [ ]   Denied [✓]   Appealed [ ]

Unit Manager/Designee's Signature: Maj Quinto    Date: 3/16/04

118    WHITE - Records    YELLOW - Unit Manager    PINK - Inmate

# BERKSHIRE COUNTY SHERIFF'S OFFICE

## INMATES GRIEVANCE FORM

NAME: Darren Favreau

POD: P    CELL #: 105

Did you try to informally resolve your problem with the pod officer/staff person?

Yes  X          No

If the answer is yes, list the pod officer/ staff person you talked to.

_____

Nature of Complaint (please be brief and specific)

On 4-9-04 Sargent Farley brought legal work to me [rec.] was outside so he decided to leave instead of calling me in. Then he brought the wrong book to me at 2:30pm with no time to use. Then he promised to bring me Tome today but he is working another pod then is off for the next two days. This is a violation of my civil rights I can show you in law in my cell.

Signature: Darren Favreau          Date: 4/10/04

-------------------- INMATES DO NOT WRITE BELOW THIS LINE --------------------

DATE GRIEVANCE RECEIVED: 4/12/04

UNIT MANAGER/DESIGNEE RESPONSE:

There is no violation of your civil rights, Law Library is available Tues through Friday. SGt Farley is not required to bring law books to your Pod.

Not Grievable [X]   Remedied [ ]          Denied [ ]          Appealed [ ]

Unit Manager/Designee's Signature: Maj Quirk          Date: 4/14/04

118          WHITE - Records          YELLOW - Unit Manager          PINK - Inmate

*Example #4*

Thank you for your inquiry about the new legal resources procedures. Physical access to law library materials should not be confused with your right of access to the courts. Your right of access to the courts has not been abridged by the new legal resources procedures. Indeed, our new on-line computerized legal research database is so extensive that it could be argued that it actually enhances your right of access to the courts by offering more resources than any jail could ever afford in hardbound volumes. The fact that it is updated daily (as opposed to monthly or quarterly) is another compelling feature of the database. I trust this information is helpful to you.

# BERKSHIRE COUNTY JAIL AND HOUSE OF CORRECTION
## Legal Resources Request Slip
*(Request Slips Processed Monday – Friday)*

**INMATE'S NAME** _____  **CASE MANAGER** _____

**STATUS** *(Circle One)*:    PRE-TRIAL    SENTENCED

**POD:** _____  **CELL:** _____  **DATE:** ___/___/___  **TIME:** _____

**OFFENSE(S)** _____

**SUBJECT:** *(Example: Information Relative to Warrantless Search of a Motor Vehicle.)*

_____
_____
_____

**MGL** *(Massachusetts General Laws)*:  **CHAPTER:** _____  **SECTION** _____
**MGL TOPIC:** _____

**FORMS/MOTIONS:** _____

**CASE LAW** *(State & Federal)* – **PROVIDE CASE NAME OR SPECIFIC TOPIC**
(IF CASE NAME IS NOT KNOWN OR AVAILABLE, THE MOST RECENT STATE AND/OR FEDERAL DECISION ON THE TOPIC SPECIFIED WILL BE PROVIDED. THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL NOT PROVIDE COPIES OF STRING CITATIONS).

_____
_____
_____

**OTHER INFORMATION** *(Be As Specific As Possible)*

_____
_____

**INMATE SIGNATURE:** _____

*(DO NOT WRITE BELOW THIS LINE)*
------------------------------------------------------------

## FOR LAW LIBRARY USE ONLY

**RECEIVED BY:** _____  **DATE:** ___/___/___  **TIME:** _____

**RESPONSE:** _____
_____
_____

**RESPONSE DATE:** ___/___/___  **TIME:** _____  **BY:** _____

USE THIS FORM TO REQUEST LEGAL RESOURCES.
BE PREPARED TO SHOW A CONNECTION BETWEEN THE MATERIALS REQUESTED AND YOUR PARTICULAR CASE OR SITUATION.
REQUESTS THAT ARE INCOMPLETE, NON-SPECIFIC OR NOT CONNECTED TO YOUR PARTICULAR CASE OR SITUATION WILL BE DECLINED.
THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL PROVIDE A REASONABLE NUMBER OF PHOTOCOPIES AT NO CHARGE.

REVISED 12/10/03

**WHITE** *(Resource Officer)*    **YELLOW** *(Central File)*    **PINK** *(Inmate)*

*BCSO Legal Resources Req Slip 12-03.doc*

*Example #6*

Mr. Favreau:

Thank you for your inquiry regarding the legal resources program here at the Berkshire County Jail and House of Correction.

In my experience, access to legal materials is oftentimes confused with rights of access to the courts, but the concepts are quite different. <u>Bounds v. Smith</u> stands for the proposition that inmates have a right to petition and seek redress in the courts, file causes of action, writs and pleadings and they have an undeniable right to be heard on any issues at bar. Correctional facilities cannot get in the way of this process, lest they run afoul of <u>Bounds</u> and cases that followed.

Access to legal materials is quite different. Case law requires correctional facilities to have legal resources for inmates' use. Over the years, most facilities have attempted to provide hard resources (books, volumes, periodicals) and keep them up to date, but the costs of maintaining such collections are prohibitive. Today, many facilities cannot afford to keep legal resources current.

This explains why the Berkshire County Jail and House of Correction implemented the on-line legal resources program. It provides a huge database of material that some law firms couldn't afford to maintain in hardbound assets. More importantly, the database is updated daily as opposed to weekly or quarterly, as most publishers do. It is a very impressive system that has since been implemented in other facilities in the state.

I trust this information is helpful to you and I hope you will continue to avail yourself of the wealth of information in the database.

Good Luck,

Alan J. Rilla, ADS

September 30, 2004

# HARVARD PRISON LEGAL ASSISTANCE PROJECT

## HARVARD LAW SCHOOL

COLLECT: 617-495-3127
NON-COLLECT: 617-495-3969
FAX: 617-496-2644

AUSTIN HALL 204
CAMBRIDGE, MA 02138

Date: 10-8-04

Name: Darren Favreau
Prison: Berkshire County Jail
Address: 467 Cheshire Road
City, State, Zip: Pittsfield, MA 01201

Dear: Mr. Favreau

The Prison Legal Assistance Project (PLAP) is a student organization of the Harvard Law School. Law students represent inmates at disciplinary hearings, parole revocation/rescission hearings, 15-year parole hearings and DDU hearings. Occasionally, students try to provide other types of assistance for prison-related issues. Because our staff is so small and because we rely solely on student volunteers, we cannot handle every request that we receive.

We would like to refer you to the following for assistance:

I contacted Berkshire County Jail to ask about law library regulations. I will try to remind him that inmates have a right to Access to the Courts. However, if they do not change their policies, we at PLAP do not have the resources to force them to. Contact MCLS (back of this page). They routinely deal with this kind of rights abuse.

Sincerely,

Gordon

Harvard Prison Legal Assistance Project

Encs.: Additional info that may be helpful to you.

# BERKSHIRE COUNTY JAIL AND HOUSE OF CORRECTION
## Legal Resources Request Slip
*(Request Slips Processed Monday – Friday)*

**INMATE'S NAME** _____    **CASE MANAGER** _____

**STATUS** (*CIRCLE ONE*):    PRE-TRIAL    SENTENCED

**POD:** _____    **CELL:** _____    **DATE:** __/__/__    **TIME:** _____

**OFFENSE(S)** _____

**SUBJECT:** (*EXAMPLE: INFORMATION RELATIVE TO WARRANTLESS SEARCH OF A MOTOR VEHICLE.*)

_____
_____
_____

**MGL** (*MASSACHUSETTS GENERAL LAWS*):    **CHAPTER:** _____    **SECTION** _____
**MGL TOPIC:** _____

**FORMS/MOTIONS:** _____

**CASE LAW** (*STATE & FEDERAL*) – PROVIDE CASE NAME OR SPECIFIC TOPIC
(IF CASE NAME IS NOT KNOWN OR AVAILABLE, THE MOST RECENT STATE AND/OR FEDERAL DECISION ON THE TOPIC SPECIFIED WILL BE PROVIDED. THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL NOT PROVIDE COPIES OF STRING CITATIONS).

_____
_____
_____

**OTHER INFORMATION** (*BE AS SPECIFIC AS POSSIBLE*)

_____

**INMATE SIGNATURE:** _____

*(DO NOT WRITE BELOW THIS LINE)*
-----------------------------------------------------------------

## FOR LAW LIBRARY USE ONLY

**RECEIVED BY:** _____    **DATE:** __/__/__    **TIME:** _____

**RESPONSE:** _____
_____
_____

**RESPONSE DATE:** __/__/__    **TIME:** _____    **BY:** _____

USE THIS FORM TO REQUEST LEGAL RESOURCES.
BE PREPARED TO SHOW A CONNECTION BETWEEN THE MATERIALS REQUESTED AND YOUR PARTICULAR CASE OR SITUATION.
REQUESTS THAT ARE INCOMPLETE, NON-SPECIFIC OR NOT CONNECTED TO YOUR PARTICULAR CASE OR SITUATION WILL BE DECLINED.
THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL PROVIDE A REASONABLE NUMBER OF PHOTOCOPIES AT NO CHARGE.

236

WHITE (RESOURCE OFFICER)    YELLOW (CENTRAL FILE)    PINK (INMATE)

# BERKSHIRE COUNTY JAIL AND HOUSE OF CORRECTION
## Legal Resources Request Slip
*(Request Slips Processed Monday – Friday)*

**INMATE'S NAME** _____  **CASE MANAGER** _____

**STATUS** *(CIRCLE ONE):*    PRE-TRIAL    SENTENCED

**POD:** _____    **CELL:** _____    **DATE:** ___/___/___    **TIME:** _____

**OFFENSE(S)** _____

**SUBJECT:** *(EXAMPLE: INFORMATION RELATIVE TO WARRANTLESS SEARCH OF A MOTOR VEHICLE.)*

_____
_____
_____

**MGL** *(MASSACHUSETTS GENERAL LAWS):*    **CHAPTER:** _____    **SECTION** _____
**MGL TOPIC:** _____

**FORMS/MOTIONS:** _____

**CASE LAW** *(STATE & FEDERAL)* – **PROVIDE CASE NAME OR SPECIFIC TOPIC**
(IF CASE NAME IS NOT KNOWN OR AVAILABLE, THE MOST RECENT STATE AND/OR FEDERAL DECISION ON THE TOPIC SPECIFIED WILL BE PROVIDED. THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL NOT PROVIDE COPIES OF STRING CITATIONS).

_____
_____
_____

**OTHER INFORMATION** *(BE AS SPECIFIC AS POSSIBLE)*

_____

**INMATE SIGNATURE:** _____

*(DO NOT WRITE BELOW THIS LINE)*
-------------------------------------------------------------------------------

## FOR LAW LIBRARY USE ONLY

**RECEIVED BY:** _____    **DATE:** ___/___/___    **TIME:** _____

**RESPONSE:** _____
_____
_____
_____

**RESPONSE DATE:** ___/___/___    **TIME:** _____    **BY:** _____

USE THIS FORM TO REQUEST LEGAL RESOURCES.
BE PREPARED TO SHOW A CONNECTION BETWEEN THE MATERIALS REQUESTED AND YOUR PARTICULAR CASE OR SITUATION.
REQUESTS THAT ARE INCOMPLETE, NON-SPECIFIC OR NOT CONNECTED TO YOUR PARTICULAR CASE OR SITUATION WILL BE DECLINED.
THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL PROVIDE A REASONABLE NUMBER OF PHOTOCOPIES AT NO CHARGE.

236

WHITE (RESOURCE OFFICER)    YELLOW (CENTRAL FILE)    PINK (INMATE)

**BERKSHIRE COUNTY JAIL AND HOUSE OF CORRECTION**
Legal Resources Request Slip
(Request Slips Processed Monday – Friday)

INMATE'S NAME _____ CASE MANAGER _____

STATUS (CIRCLE ONE):    PRE-TRIAL    SENTENCED

POD: _____    CELL: _____    DATE: ___/___/___    TIME: _____

OFFENSE(S) _____

SUBJECT: (EXAMPLE: INFORMATION RELATIVE TO WARRANTLESS SEARCH OF A MOTOR VEHICLE.)
_____
_____
_____

MGL (MASSACHUSETTS GENERAL LAWS):   CHAPTER: _____    SECTION _____
MGL TOPIC: _____

FORMS/MOTIONS: _____

CASE LAW (STATE & FEDERAL) – PROVIDE CASE NAME OR SPECIFIC TOPIC
(IF CASE NAME IS NOT KNOWN OR AVAILABLE, THE MOST RECENT STATE AND/OR FEDERAL DECISION ON THE TOPIC SPECIFIED WILL BE PROVIDED. THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL NOT PROVIDE COPIES OF STRING CITATIONS).
_____
_____
_____

OTHER INFORMATION (BE AS SPECIFIC AS POSSIBLE)
_____

INMATE SIGNATURE: _____

(DO NOT WRITE BELOW THIS LINE)
------------------------------------------------------------

FOR LAW LIBRARY USE ONLY

RECEIVED BY: _____   DATE: ___/___/___   TIME: _____

RESPONSE: _____
_____
_____
_____

RESPONSE DATE: ___/___/___   TIME: _____   BY: _____

USE THIS FORM TO REQUEST LEGAL RESOURCES.
BE PREPARED TO SHOW A CONNECTION BETWEEN THE MATERIALS REQUESTED AND YOUR PARTICULAR CASE OR SITUATION.
REQUESTS THAT ARE INCOMPLETE, NON-SPECIFIC OR NOT CONNECTED TO YOUR PARTICULAR CASE OR SITUATION WILL BE DECLINED.
THE BERKSHIRE COUNTY SHERIFF'S OFFICE WILL PROVIDE A REASONABLE NUMBER OF PHOTOCOPIES AT NO CHARGE.

236

WHITE (RESOURCE OFFICER)    YELLOW (CENTRAL FILE)    PINK (INMATE)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Darren C. Favreau   v. Berkshire County Jail_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    _X_  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ___  V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☒   NO ☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☒   NO ☐

   A.  If yes, in which division do all of the non-governmental parties reside?

       Eastern Division ☐     Central Division ☐     Western Division ☒

   B.  If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

       Eastern Division ☐     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

Coversheetlocal.wpd - 10/17/02)

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

FAVREAU, DARREN L.

**DEFENDANTS**

THE BERKSHIRE COUNY JAIL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  BERKSHIRE
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  BERKSHIRE
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Every Jail I've been in I have never been denied access to a law library. It Clearly is denying me access to the courts and to be able to fight my cases.

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ Whatever court sees fit

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY