

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1550 MAIN STREET
SPRINGFIELD, MA 01103

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER
ADDRESS CHECKED
Open date

Undelivered   Refused
Unclaimed Not Known
Insufficient Address
No such street _____
No such office in state
Do not remail in this envelope

Person not in facility

Darren Favreau
Hampden County House of Correction
629 Randall Rd
Ludlow, MA 01056

# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| DARREN L. FAVREAU, | ) | |
|     Plaintiff | ) | ORDER ON APPLICATION |
| | ) | TO PROCEED WITHOUT |
| v. | ) | PREPAYMENT OF FEES |
| | ) | |
| BERKSHIRE COUNTY JAIL, | ) | |
|     Defendant | ) | Civil Action No. 04-30246-MAP |

DOCKETED

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒ GRANTED.

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTERED on __December 9, 2004__.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge

02