UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN L. FAVREAU,<br>Plaintiff<br><br>v.<br><br>BERKSHIRE COUNTY JAIL,<br>Defendant | Civil Action No. 04-30246-MAP |

## DEFENDANT'S MOTION TO DISMISS

Now comes the defendant, Berkshire County Jail, the existence of which is expressly denied, and hereby moves pursuant to Fed. R. Civ. P. 12(b)(1 and 6) to dismiss the Complaint filed by the plaintiff, Darren L. Favreau, for lack of jurisdiction over the subject matter and failure to state a claim upon which relief can be granted.

As grounds therefor, the defendant refers this Court to the accompanying memorandum in support of its motion.

Dated: January 21, 2005

THE DEFENDANT

By its attorney

_____
Donald W. Goodrich, BBO No. 202200
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel: (413) 663-3200
Fax: (413) 663-7970

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, ℅ Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056.

_____

DWG:djb