UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DARREN L. FAVREAU, )
   Plaintiff )
  )
v. )
  ) Civil Action No. 04-30246-MAP
  )
BERKSHIRE COUNTY JAIL, )
   Defendant )

### DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, James R. Loughman, being duly sworn, state and certify as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and am an associate in the law firm of Donovan & O'Connor, LLP, which has offices located at 1330 Mass MoCA Way, North Adams, Massachusetts.

2. Donovan & O'Connor, LLP, represents defendant Berkshire County Jail (whose existence is expressly denied) in the above-captioned action.

3. On January 21, 2005, at approximately 11:00 a.m., I conferred with the plaintiff, Darren L. Favreau, by telephone, in a good faith effort to resolve or narrow the issues presented by Defendant's Motion to Dismiss, as required by Local Rule 7.1(A)(2).

Signed under the pains and penalties of perjury this 21st day of January, 2005.

                                                        *James R. Loughman*
                                                        James R. Loughman

JRL:djb