UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFFS NAME
DARREN L. FAVREAU (PRO SE)
HAMPDEN COUNTY HOUSE OF CORRECTION
629 RANDALL Rd.
LUDLOW, MA 01056

CIVIL ACTION
NO. 04-30246-MAP

V.

MOTION TO DEFAULT

DEFENDANTS NAME
BERKSHIRE COUNTY JAIL
467 CHESHIRE Rd.
PITTSFIELD, MA 01201

### MOTION

#### PARTIES

1. The Plaintiff is a resident of your town, at Hampden County House of correction 629 Randall Rd. Ludlow, MA 01056, your court, Massachusetts and a citizen of THE UNITED STATES.

2. The Defendant The Berkshire County Jail is a resident of your town, at 467 Cheshire Rd. Pittsfield, MA 01201, your county, Massachusetts and a citizen of the UNITED STATES.

#### JURISDICTION

3. This court has Jurisdiction over this matter pursuant to 28 U.S.C. 1332

#### FACTS

4. On 12-29-04 I recieved a Process Reciept and Return from The U.S. Department OF Justice United States Marshals Service stating that on 12-31-04 Berkshire County Jail recieved my Complaint.

5. In the Federal Rules of Civil Procedure Rule 12(A)(1) when Presented (1) unless a different time is prescribed in a statute of The United States, A defendant shall serve an answer(A) within 20 days after being served with the summons and complaint.

6. In the Federal Rules of Civil Procedure Rule 55 Default(A) Entry. when a party against whome a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by Affidavit or otherwise, the Clerk shall enter the parties default. (B) Judgment. Judgment by Default maybe entered as follows, (1) by the clerk(2) by the court.

7. The relief I am seeking is for the court to rule in my favor because Berkshire County Jail clearly violated the Federal Rules of Civil Procedure Rules 12, and Rule 55. I am seeking that the court grant me this motion to win by Default.

8. Wherfore, the Plaintiff demand Judgment at this court deems just.

Signature *Darren Favreau*
name. Darren L Favreau(PROSE)
Address 629 Randall Rd.
Ludlow, MA 01056