UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PLAINTIFFS NAME

DARREN L. FAVREAU "PRO SE"
HAMDEN COUNTY HOUSE OF CORRECTIONS
629 RANDALL ROAD
LUDLOW, MA 01056

CIVIL ACTION
NO. 04-30246-MAP

V.

DEFENDANT NAME

BERKSHIRE COUNTY JAIL
467 CHESHIRE ROAD
PITTSFIELD, MA 01201

MOTION TO AMEND

Now, here comes the plaintiff, Darren Favreau, and is asking for leave of this Honorable Court to amend his complaint, in accordance with THE FEDERAL RULES of CIVIL Procedures.

The plaintiff is a Pro Se litigant, whose Constitutional and Civil Rights have been violated by the defendants in this action. He is inexperienced and has lack of knowledge in the areas of civil litigation and this court. Due to his inexperience and lack of knowledge, he has erred in writing of this complaint.

1) He has understated the jurisdiction of this court, he stated jurisdiction under 28 U.S.C. §1332 I had made a mistake by coping it out of the step by step manual and would like to change it to 42 U.S.C. 1983.

2) The plaintiff also neglected to put the right resident address. I am a NEW YOURK resident but at the time my rights were violated I was a temperary resident of The Berkshire County jail. I would like to change this also.

Wherefore, the plaintiff requests that this Honorable Court allow his motion to amend. Amended complaint is attached .

Signature   *Darren Favreau*
Name        Darren L. Favreau "Pro SE"
Address     629 Randall Road
            Ludlow, Ma 01056

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Plaintiff
DARREN L. FAVREAU

V.

DEFENDANT
BERKSHIRE COUNTY JAIL

Docket No.04-30246-MAP

Certificate of Service

I the plaintiff, Darren Favreau, hereby certify that I have served a true and correct copy of motion to amend, along with amend complaint. This done by first class mail, through the UNITED STATES POSTAL SERVICE, on the date signed below. Service made to:

Donald W. Goodrich
1330 Mass Mo CA Way
North Adams, Ma 01247

Clerk UNITED STATES DISTRICT COURT
DISTRICT of Massachusetts
FEDERAL BUILDING AND COURTHOUSE
1550 Main Street
Springfield, MA 01103

Respectfully,

_Darren Favreau_

Darren L. Favreau, "ProSE"
629 Randall Rd.
Ludlow, MA 01056

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFFS NAME
DARREN L. FAVREAU   (PROSE)

V.                                                  CIVIL ACTION
                                                    No.04-30246-MAP

DEFENDANTS NAME
BERKSHIRE COUNTY JAIL


## COMPLAINT

### Parties

1. The plaintiff is a perminant resident of Troy,New York but at the time of this incident i was a tempary resident of Berkshire county Jail at 467 Cheshire Rd. Pittsfield,Ma 01201,your county,Massachusetts and I am a citizen of the United States.

2. The defendant the Berkshire County Jail is a resident of 467 Cheshire Rd. Pittsfield,Ma.01201,your county,Massachysetts and a citizen of The United States.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 42 U.S.C.§1983.

### Facts

4. On 2/04 I was arrested in Pittsfield,Ma. for a larceny over 250.00 and a N.Y.S. parole violation.I was sentenced to 60 days.I put in a request to go to the law library and was told that it was closed because people were using it to go meet there friends.I put several grievances in on the issue and they are Examples#1 and 2.Ive asked for the appeal copies but got no responce. I was released on 4/04.

5. I was rearrested on 9/12/04.This jail is using a paging system which a Judge Hainsworth wrote "nomatter how good a paging system is run it is inadiquit to resurch and sheperdise cases.Ive asked for all rules and guild lines about Law Library on howmany hours we are suposed to get a week.What books they are supposed to have in it and about the paging system.That was on 9/24/04 Example#3 the responce was Example#4 I asked agian on 9/29/04 Example #5 and the response was Example#6.

6. I wrote to Harvard Prison Legal Assistance Project on 10/04 and recieved a response Example#7 they stated they stated they called the jail but didnt have the resorces to force them to change it.Im waiting on several other responces from other places.

7. I have been tring to get the Federal rules sence 10/17/04 I put a request in Example#8 then again on 10/21/04 Example#9.That time CO.Grosz told me infront of two inmates which I sent the Federal Court Clerk a complaint that Co.Grosz said that they were hear to help us on criminal matters not Civil.He told me that when I get out I can do my Civil matter.I told him who are you to tell me what I can get out of the Law Library.Then on 10/28/04 Exampll # 10 I tried again and recieved the Federal Rules and was told that he made a copy for the jail that I would have to give them back.

8. The Co. Grosz that is running the Law Library works maybe 3 adys a week in there.He is swarmed with request.He cant handle it all in a timely fashion.The data base would be good if we the Inmates could use it.But by the time we get responces it is to long.He isnt going to shepardise a case like I would .He doesnt care one way or the other.I am job security.

### Damages

9.Wrongful Incarceration because i had to cop out to my case because I couldnt do any resurch on my charges.I am from New York State and do not know Mass law at all.

10.Restricting my access to the courts by not allowing me to use the law library.Also by me not knowing anything about Mass. law the Paging system how was I to ask for the proper information .Also by the time I did get a answer because of the amount of requests and the lack of knowlage the officer had with the law.

11.I was punished for threating to file a civil complaint against the jail and was moved to another jail.

### Relief

Wherefore,Plaintff respectfully request this court to grant the following relief:

1.Declare that the defendant's actions have violated plaintiff's rights to be free from cruel and unusual punishment under the United States Constitution and the Massachusetts Declaration of Rights.

2.Declare that the defendants actions were negligent.

3. Award compensatory damages for conscious pain and suffering and emotional distress

4.Award punitive damages.

5. Award costs that I will have to pay for fileing ths civil complaint.

6.Grant such other relief as may be just and equitable.

7.I would like the law library opened back up so noone will have to go threw what I had to.

Respectfully submitted,
*Darren Favreau*
Darren L. Favreau,Pro se
Hamden county jail
629 Randall Rd.
Ludlow,Ma. 01056