UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFFS NAME
DARREN L. FAVREAU   (PROSE)

V.

CIVIL ACTION
No.04-30246-MAP

DEFENDANTS NAME
BERKSHIRE COUNTY JAIL

COMPLAINT

Parties

1. The plaintiff is a perminant resident of Troy,New York but at the time of this incident i was a tempary resident of Berkshire county Jail at 467 Cheshire Rd. Pittsfield,Ma 01201,your county,Massachusetts and I am a citizen of the United States.
2. The defendant the Berkshire County Jail is a resident of 467 Cheshire Rd. Pittsfield,Ma.01201,your county,Massachysetts and a citizen of The United States.

Jurisdiction

3. This court has jurisdiction over this matter pursuant to 42 U.S.C.§1983.

Facts

4. On 2/04 I was arrested in Pittsfield,Ma. for a larceny over 250.00 and a N.Y.S. parole violation.I was sentenced to 60 days.I put in a request to go to the law library and was told that it was closed because people were using it to go meet there friends.I put several grievances in on the issue and they are Examples#1 and 2.Ive asked for the appeal copies but got no responce. I was released on 4/04.

5. I was rearrested on 9/12/04.This jail is using a paging system which a Judge Hainsworth wrote "nomatter how good a paging system is run it is inadiquit to resurch and sheperdise cases.Ive asked for all rules and guild lines about Law Library on howmany hours we are suposed to get a week.What books they are supposed to have in it and about the paging system.That was on 9/24/04 Example#3 the responce was Example#4 I asked agian on 9/29/04 Example #5 and the response was Example#6.

6. I wrote to Harvard Prison Legal Assistance Project on 10/04 and recieved a response Example#7 they stated they stated they called the jail but didnt have the resorces to force them to change it.Im waiting on several other responces from other places.

7. I have been tring to get the Federal rules sence 10/17/04 I put a request in Example#8 then again on 10/21/04 Example#9.That time CO.Grosz told me infront of two inmates which I sent the Federal Court Clerk a complaint that Co.Grosz said that they were hear to help us on criminal matters not Civil.He told me that when I get out I can do my Civil matter.I told him who are you to tell me what I can get out of the Law Library.Then on 10/28/04 Exampll # 10 I tried again and recieved the Federal Rules and was told that he made a copy for the jail that I would have to give them back.

8. The Co. Grosz that is running the Law Library works maybe 3 adys a week in there.He is swarmed with request.He cant handle it all in a timely fashion.The data base would be good if we the Inmates could use it.But by the time we get responces it is to long.He isnt going to shepardise a case like I would .He doesnt care one way or the other.I am job security.

### Damages

9.Wrongful Incarceration because i had to cop out to my case because I couldnt do any resurch on my charges.I am from New York State and do not know Mass law at all.

10.Restricting my access to the courts by not allowing me to use the law library.Also by me not knowing anything about Mass. law the Paging system how was I to ask for the proper information .Also by the time I did get a answer because of the amount of requests and the lack of knowlage the officer had with the law.

11.I was punished for threating to file a civil complaint against the jail and was moved to another jail.

### Relief

Wherefore,Plaintff respectfully request this court to grant the following relief:

1.Declare that the defendant's actions have violated plaintiff's rights to be free from cruel and unusual punishment under the United States Constitution and the Massachusetts Declaration of Rights.

2.Declare that the defendants actions were negligent.

3. Award compensatory damages for conscious pain and suffering and emotional distress

4.Award punitive damages.

5. Award costs that I will have to pay for fileing ths civil complaint.

6.Grant such other relief as may be just and equitable.

7.I would like the law library opened back up so noone will have to go threw what I had to.

Respectfully submitted,
*Darren Favreau*
Darren L. Favreau,Pro se
Hamden county jail
629 Randall Rd.
Ludlow,Ma. 01056