UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN L. FAVREAU, <br>     Plaintiff | ) <br> ) <br> ) |
| v. | )    Docket No. 04-30246-MAP <br> ) |
| BERKSHIRE COUNTY JAIL, <br>     Defendant | ) <br> ) |

### DEFENDANT'S ANSWER TO AMENDED COMPLAINT

### PARTIES

1. The defendant admits so much of paragraph 1 of the Amended Complaint as alleges the plaintiff, Darren L. Favreau, is a domiciliary of Troy, New York, and a citizen of the United States of America and that he was incarcerated at the Berkshire County Jail located at 467 Cheshire Road, Pittsfield, Massachusetts, during various times in 2004. The defendant denies the remainder of the allegations set forth in paragraph 1 of the Amended Complaint.

2. The defendant admits so much of paragraph 2 of the Amended Complaint as alleges that the Berkshire County Jail is located at 467 Cheshire Road, Pittsfield, Massachusetts, and denies the remainder of the allegations set forth in paragraph 2 of the Amended Complaint. Further answering, the defendant expressly denies that the Berkshire County Jail is a juridical entity subject to the jurisdiction of this Court.

### JURISDICTION

3. The defendant denies the allegations that are set forth in paragraph 3 of the Amended Complaint.

## FACTS

4.  The defendant admits the allegations set forth in the first and second sentences of paragraph 4 of the Amended Complaint. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the third sentence of that paragraph. The defendant admits so much of the fourth sentence of that paragraph as alleges that the plaintiff submitted the Inmate Grievance Forms attached as Examples 1 and 2, but denies the remaining allegations set forth in that sentence. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the fifth sentence of paragraph 4 of the Amended Complaint. The defendant admits the allegations set forth in the sixth sentence of that paragraph.

5.  The defendant admits the allegations set forth in the first sentence of paragraph 5 of the Amended Complaint. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the middle sentence(s) of that paragraph (i.e., "This jail is using a paging system . . ." through ". . . about the paging system"). The defendant admits the allegations in the closing sentence(s) of that paragraph of the Amended Complaint (concerning Examples 3, 4, 5 and 6 attached thereto).

6.  The defendant admits the allegations set forth in the first sentence of paragraph 6 of the Amended Complaint (through "Example 7"). The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second and third sentences of that paragraph.

7.  The defendant admits so much of the first and second sentences of paragraph 7 of the Amended Complaint as alleges that the plaintiff submitted the Legal Resources Request Slips attached as Examples 8 and 9, but denies the remaining allegations set forth in those sentences.

The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the middle sentences of that paragraph (i.e., "That time CO Grosz . . ." through ". . . out of the Law Library"). The defendant admits so much of the closing sentence(s) of that paragraph of the Amended Complaint as alleges that the plaintiff submitted the Legal Resources Request Slip attached as Example 10 thereto and was provided with a copy of the Federal Rules of Civil Procedure, but it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in that sentence(s).

8. The defendant denies the allegations that are set forth in paragraph 8 of the Amended Complaint.

## DAMAGES

9. The defendant admits so much of paragraph 9 of the Amended Complaint as alleges that the plaintiff is from New York State, but it denies the remaining allegations set forth in that paragraph.

10. The defendant denies the allegations that are set forth in paragraph 10 of the Amended Complaint.

11. The defendant admits so much of paragraph 11 of the Amended Complaint as alleges that the plaintiff was transferred to another jail, but it denies the remaining allegations set forth in that paragraph.

## RELIEF

WHEREFORE, the plaintiff is not entitled to the relief which he seeks, and this Court should accordingly enter a judgment in the defendant's favor declaring that the plaintiff should take nothing and that the defendant is entitled to recover the taxable costs that it has incurred in defending this action.

## AFFIRMATIVE DEFENSES

FIRST: The plaintiff's Amended Complaint should be dismissed because it fails to state a claim upon which relief can be granted.

SECOND: The plaintiff's Amended Complaint should be dismissed as a nullity because the named defendant is not a juridical entity subject to the jurisdiction of this Court.

THIRD: The plaintiff's Amended Complaint should be dismissed for mootness because he is no longer an inmate at the Berkshire County Jail.

FOURTH: The plaintiff's Amended Complaint should be dismissed because he has failed to exhaust his administrative remedies as required by 42 U.S.C. § 1997e(a).

FIFTH: The plaintiff's Amended Complaint should be dismissed because he has failed to exhaust his administrative remedies as required by Mass. G.L. c. 127, § 38F.

Dated: March 24, 2005

THE DEFENDANT

By its attorney,

_____
Donald W. Goodrich, BBO No. 202200
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel: (413) 663-3200
Fax: (413) 663-7970

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, % Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056

_____

JRL:djb