UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PLAINTIFFS NAME
DARREN L. FAVREAU "PRO SE"
HAMDEN COUNTY HOUSE OF CORRECTIONS
629 Randall RD.
LUDLOW, MA 01056

CIVIL ACTION
NO. 04-30246-MAP

V.

DEFENDANTS NAME
BERKSHIRE COUNTY JAIL
467 CHESHIRE ROAD
PITTSFIELD, MA 01201

MOTION FOR DEFENDANT TO PRODUCE ANY AND ALL DOCUMENTATION FOR THIS CASE.

Now here comes the Plaintiff, Darren Favreau and is asking this Honorable Court to grant this motion as per Federal rules of Civil documentation related to this case.

Wherefore the Plaintiff request this Honorable Court allow his motion to be granted.

Signature *[signed]*
Name Darren L. Favreau
Address 629 Randall RD.
Ludlow, MA 01056