UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN L. FAVREAU,<br>    Plaintiff<br><br>v.<br><br>BERKSHIRE COUNTY JAIL,<br>    Defendant | )<br>)<br>)<br>)   Docket No. 04-30246-MAP<br>)<br>)<br>) |

### DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFENDANT TO PRODUCE ANY AND ALL DOCUMENTATION FOR THIS CASE

Now comes the defendant, Berkshire County Jail, the existence of which is expressly denied, and hereby opposes the plaintiff Darren L. Favreau's Motion for Defendant to Produce Any and All Documentation for This Case and requests that motion be denied.

A supporting affidavit accompanies this motion.

### ARGUMENT

As grounds for its opposition to the plaintiff's motion, the defendant submits:

1. If the plaintiff's motion is intended to be a motion to compel discovery responses pursuant to Fed. R. Civ. P. 37(a), it should be denied as premature, because the plaintiff has not served any discovery requests upon the defendant. See paragraph 3 of the accompanying Affidavit of Donald W. Goodrich.

2. If the plaintiff's motion is intended to be a motion to compel discovery responses, it should be denied because plaintiff has not conferred with defendant in good faith as prescribed by Fed. R. Civ. P. 37(a)(2)(A). See paragraph 4 of the Affidavit of Donald W. Goodrich.

3. Insofar as the plaintiff's motion is intended to be a request for production of documents pursuant to Fed. R. Civ. P. 34, the defendant objects to it because the designation of

the items being requested (i.e., "any and all documentation for this case") does not describe what the plaintiff is seeking with the "reasonable particularity" as required by Fed. R. Civ. P. 34(b). See In re Hunter Outdoor Products, Inc., 21 B.R. 188, 192 (Bankr. D.Mass. 1982). See also Fed. R. Civ. P. 26(b)(2) (a party may object to a discovery request if "the burden or expense of the proposed discovery outweighs its likely benefit").

## CONCLUSION

In light of the foregoing, this Court should deny the plaintiff's Motion for Defendant to Produce Any and All Documentation for This Case.

Dated: May 5, 2005

THE DEFENDANT

By its attorney,

_____
Donald W. Goodrich, BBO No. 202200
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel: (413) 663-3200
Fax: (413) 663-7970

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, % Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056.

_____

JRL:djb