UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DARREN L. FAVREAU,
Plaintiff

v.

BERKSHIRE COUNTY JAIL,
Defendant

Docket No. 04-30246-MAP

## AFFIDAVIT OF DONALD W. GOODRICH

I, Donald W. Goodrich, being duly sworn, state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts and am a partner in the law firm of Donovan & O'Connor, LLP, which has offices located at 1330 Mass MoCA Way, North Adams, Massachusetts.

2. Donovan & O'Connor, LLP, represents the defendant, Berkshire County Jail, whose existence is hereby expressly denied, with respect to the above-captioned matter.

3. As of today's date, the plaintiff has not served any discovery requests upon me in connection with the above-captioned matter.

4. As of today's date, the plaintiff has not conferred with me in the manner prescribed by Fed. R. Civ. P. 37(a)(2)(A) with respect to any of the matters referred to in his Motion for Defendant to Produce Any and All Documentation for This Case dated April 25, 2005.

Signed under the pains and penalties of perjury this 5th day of May, 2005.

_____
Donald W. Goodrich

JRL:djb