UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DARREN L. FAVREAU, )
   Plaintiff )
)
v. )
) Civil Action No. 04-30246-MAP
)
BERKSHIRE COUNTY JAIL, )
   Defendant )

## DEFENDANT'S MOTION TO WAIVE COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

Now comes the Defendant, Berkshire County Jail, the existence of which is expressly denied, and hereby moves that this Court waive the requirement that the parties comply with Local Rule 7.1(A)(2) throughout the course of this action. In the alternative, the Defendant moves that this Court at least waive the requirement that Defendant comply with Local Rule 7.1(A)(2) with respect to the motion for summary judgment which it intends to file shortly.

As grounds therefor, the Defendant refers this Court to the accompanying affidavit and memorandum in support of its motion.

Dated: June 15th, 2005

THE DEFENDANT

By its attorney,

_[signature]_
Donald W. Goodrich, BBO No. 202200
for Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel: (413) 663-3200
Fax: (413) 663-7970

### CERTIFICATE OF SERVICE

I hereby certify that on June 15th, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, c/o Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056.

_[signature]_
Donald W. Goodrich

JRL:gmg