UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DARREN L. FAVREAU,                  )
    Plaintiff                        )
                           )
    v.                               )     Civil Action No.  04-30246-MAP
                           )
BERKSHIRE COUNTY JAIL,              )
    Defendant                        )

## DEFENDANT'S MOTION TO WAIVE COMPLIANCE WITH LOCAL RULE 16.1(B&D)

Now comes the Defendant, Berkshire County Jail, the existence of which is expressly

denied, and hereby moves that this Court enter an order waiving the requirement that the parties

comply with Local Rule 16.1(B&D), or, in the alternative, require:

(1) The Defendant to serve and file a written scheduling conference
memorandum on or before June 28, 2005, containing:

    (a) a proposed agenda of matters to be discussed at the scheduling
    conference;

    (b) a proposed pretrial schedule,  including a plan for discovery
    and a schedule for the filing of motions;

    (c) a statement as to whether or not it will consent to trial by
    magistrate judge; and

    (d) a certification of the sort required by L.R. 16.1(D)(3).

(2) The Plaintiff to serve a written settlement proposal upon the
Defendant's counsel on or before July 1, 2005; and

(3) The Plaintiff to serve and file a written reply  to the Defendant's
scheduling conference memorandum on or before July 8, 2005, indicating
whether he agrees with items (a) and (b) of the Defendant's memorandum
(and, if not, submit alternative proposals of his own) and whether or not he
will consent to trial by magistrate judge.

As grounds therefor, the Defendant refers this Court to the accompanying affidavit and memorandum in support of its motion.

Dated: June 15th, 2005

THE DEFENDANT

By its attorney,

Donald W. Goodrich, BBO No. 202200
for Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel:    (413) 663-3200
Fax:    (413) 663-7970

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, c/o Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056.

Donald W. Goodrich

JRL:gmg

2