UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN L. FAVREAU,<br>Plaintiff<br><br>v.<br><br>BERKSHIRE COUNTY JAIL,<br>Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 04-30246-MAP<br>)<br>)<br>) |

### AFFIDAVIT OF ALAN J. RILLA

I, Alan J. Rilla, being duly sworn, state as follows:

1. I am the Assistant Deputy Superintendent for Program Development in the Berkshire County Jail and House of Correction, 467 Cheshire Road in Pittsfield, Berkshire County, Massachusetts.

2. The Plaintiff, Darren L. Favreau, is presently incarcerated at the Hampden County Jail and House of Correction, Randall Road, Ludlow, Hampden County, Massachusetts.

Signed under the pains and penalties of perjury this 13 day of June, 2005.

*Alan J. Rilla*

COMMONWEALTH OF MASSACHUSETTS

Berkshire, ss.

On this 13 day of June 2005, before me, the undersigned notary public, personally appeared Alan J. Rilla, proved to me through satisfactory evidence of identification, which was a MA Driver's License to be the person whose name is signed on the preceding document in my presence.

*Diane M. Maynes*

_____, Notary Public

My commission expires _____