UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DARREN L. FAVREAU,
    Plaintiff

    v.

BERKSHIRE COUNTY JAIL,
    Defendant

Civil Action No. 04-30246-MAP

## DEFENDANT'S SCHEDULING CONFERENCE MEMORANDUM

Now comes the defendant, Berkshire County Jail, the existence of which is expressly denied, and hereby submits this memorandum:

### A. Proposed Agenda

The defendant proposes the following matters be discussed at the scheduling conference currently scheduled to take place on July 12, 2005:

1.    The schedule pursuant to which discovery is to be conducted and motions filed;

2.    Whether the parties will consent to trial by magistrate judge;

3.    Whether and, if so, on what terms the parties may settle this action;

4.    Whether and, if so, the extent to which the parties may enter into a joint stipulation of facts;

5.    Whether and, if so, the extent to which the parties may enter into an agreement narrowing the legal issues in dispute;

6.    Whether the initial disclosures ordinarily mandated by Fed. R. Civ. P. 26(a)(1) are required here and, if so, the nature and extent of the disclosures that the parties must make; and

7.    The substantive grounds for the summary judgment motion which the defendant intends to serve and file.

### B.  Proposed Pre-Trial Schedule

The defendant proposes the following pretrial schedule:

1.      All motions under Fed. R. Civ. P. 12, 19 and 20 filed by September 12, 2005;

2.      All motions under Fed. R. Civ. P. 15 filed by September 30, 2005;

3.      All written discovery requests served by October 14, 2005;

4.      All written discovery requests  answered by November 30, 2005;

5.      All depositions completed by December 30, 2005;

6.      All motions under Fed. R. Civ. P. 56 filed by January 30, 2006;

7.      All motions under Fed. R. Civ. P. 56 heard by January 31, 2006;

8.      Final pretrial conference held and firm trial date set on February 28, 2006;

9.      Case disposed by April 14, 2006;

### C.  Trial By Magistrate Judge

The defendant will NOT consent to trial by a magistrate judge.

### D.  Certification Pursuant to L.R. 16.1(D)(3)

The defendant's certificate pursuant to L.R. 16.1(D)(3) accompanies this memorandum.

Dated: _July 1, 2005_

THE DEFENDANT

By its attorney,

_Donald W. Goodrich_
Donald W. Goodrich, BBO No. 202200
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel:  (413) 663-3200; Fax:  (413) 663-7970

### CERTIFICATE OF SERVICE

I hereby certify that on _July 1, 2005_, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, % Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056.

_Donald W. Goodrich_

JRL:djb

2