UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN L. FAVREAU,<br>Plaintiff<br><br>v.<br><br>BERKSHIRE COUNTY JAIL,<br>Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 04-30246-MAP<br>)<br>)<br>) |

## DEFENDANT'S CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to L.R. 16.1(D)(3) that we have conferred with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Dated: July 1, 2005

_____
Carmen C. Massimiano, Jr.
Sheriff of Berkshire County
Authorized Representative for the Defendant

_____
Donald W. Goodrich
Attorney
Counsel of Record for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, % Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056.

_____
Donald W. Goodrich

JRL:djb