P-1                                                                                  7-10-05

United States District Court
District of Massachusetts

Plaintiffs name
DARREN L. FAVreau "Pro SE"
Hamden County House Of Correction
629 Randall Road
Ludlow, MA 01056

Civil Action
No. 04-30246-MAP

V.

Defendants name
Berkshire County Jail
467 Cheshire Rd.
Pittsfield, MA 01201

Plaintiffs motion Response To Defendants motion To Waive Compliance with Local Rule 16.1 (B and D).

Response To arguments

1. (Council for the Parties) Plaintiff is appearing (Pro SE) So he is his own Council and once again to interpret the language in Rule 16.1(B) To mean only Attorneys are allowed To Confer To Prepair a Joint Statement is descriminatory against People representing themselves.

2. Plaintiff was transferred To said location by Defendant, So the burden of Travil should be Placed on Defendant

P-2

especially conciding the fact that Plaintiff was transfered in lieu of Threating To File Lawsuit and not because of negitive Instatutional behavior. Furthermore the argument that Plaintiff is To far away for Defendant to confer with him could establish a legal President that would allow any Defendant that didn't want To Adhear To Local Rules To simply transfer Plaintiffs To Jails far Away.

3. Plaintiff does have access To a phone and does have the Ability To ConFrence Call, infact one ConFrence has already taken Place in which the Defendant asked me To dismiss my claim. If Defendant can find time in schedual to Attempt to <u>Intimidate</u> Plaintiff into dropping law suit they certainly can find time to use the phone for a confrences and scheduling arrangments. Plaintiff does have access To facsimile machiene.

4. Even though Plaintiff is a Laymen and is representing himself (Pro SE) he has a Constitutional right to be afforded the same allotment of ex-parte communication between himself and Defendant. Furthermore if there is concern other Ethics and Rules for Professional Conduct Plaintiff has requested a copy of the mass Rules of Professional Conduct from the Hamden County Law Library and expects to be

P-3

held to the same Ethical Standards as the Defendants Councel - being a layman should not diminish Plaintiffs rights for a fair and Just outcome of this case, in fact the Constitution was written to protect the average Citizen Just as much if not more than the lawyers who help translate the law.

Wherefore, the Plaintiff requests that this Honorable Court to rule in my favor.

Signature  Darren Favreau
Name       Darren L. Favreau "Pro Se"
Address    625 Randall Road
           Ludlow, MA 01056

7-10-05

To the Clerk of the Court please send a Order To Produce me To court for this hearing on 7-14-05 Thank you

Darren FAVreau

*/s/ Darren*