P-1

7-10-05

United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE
2005 JUL 12 A 10:02

U.S. DISTRICT C...
DISTRICT OF M...

Plaintiffs Name
-----------------
Darren L. Favreau
Hamden County House Of Corrections
629 Randall Road
Ludlow, MA 01056

V.

Defendants Name
-----------------
Berkshire County Jail
467 Cheshire Rd.
Pittsfield, MA 01056

Civil Action
No. 04-30246-MAP

Plaintiffs motion Response To Defendants motion To waive Compliance with Local Rule 7.1(A)(2).

Response To arguments
---------------------

1. Simply because the word "Counsel" is used does not indicate that a "Pro SE" Plaintiff is not entitled to the same rights. Language "Counsel" implies "Pro SE" cases for anyone who is representing the Plaintiff (even if it is themselves) is considered counsel.

2. Just because the Plaintiff is a Inmate it is still reasonable To asume that the Defendant could find time to confer. Example 1 would be Phone conference with

p-2

the Defendant.

In reference to case law in the Delaney V. Materanz is a statue of limitation case that the Local Rule is ~~accorded as a~~ simply by limitation case that the Local Rule is simply by limitation case that the Local Rule is simply by product of the statue of limitation was not told in Lamen terms. The only reason that the courts waived compliance with Local Rule was because Petitioner was beond the Expentation of the statue of limitation.

3. Just because Defence is Intending to file a dispositive motion in the <u>future</u> does not give them the right to refuse confering Defense is being presumptive and dictating the pace of the proceedings rather than the Judge.

Wherefore, the Plantiff requests that this Honorable Court to rule in my Favor.

signature Darren Favreau
name   Darren L. Favreau
Address  629 Randall Rd.
         Ludlow, MA 01056