UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARREN L. FAVREAU,            )
        Plaintiff     )
                              )
v.                            )    Civil Action No.  04-30246-MAP
                              )
                              )
BERKSHIRE COUNTY JAIL,        )
        Defendant     )

SCHEDULING ORDER
July 12, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. All written discovery shall be served by October 14, 2005, and answered by November 30, 2005.

2. Depositions shall be completed by December 30, 2005.

3. Rule 56 motions shall be filed no later than January 30, 2006.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge