UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREN L. FAVREAU,<br>    Plaintiff<br><br>v.<br><br>BERKSHIRE COUNTY JAIL,<br>    Defendant | )<br>)<br>)<br>)<br>)   Civil Action No. 04-30246-MAP<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, Berkshire County Jail, the existence of which is expressly denied, and hereby moves that this Court enter summary judgment in its favor with respect to the claims asserted against it in plaintiff Darren L. Favreau's Amended Complaint.

A supporting memorandum, concise statement of undisputed material facts and supporting affidavit accompany this motion.

Dated: December 16, 2005

THE DEFENDANT

By its attorneys,

_____
Donald W. Goodrich, BBO No. 202200
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel: (413) 663-3200
Fax: (413) 663-7970

## CERTIFICATE OF SERVICE

I hereby certify that on Dec. 16, 2005, I have caused the foregoing document to be served on the parties to this matter by mailing a true copy, postage prepaid, to Mr. Darren L. Favreau, % Hampden County Jail and House of Correction, 629 Randall Road, Ludlow, MA 01056.

_____

JRL:djb