1-4-06

To the Clerk of the Court my
name is Darren L. Favreau    Civil Action No. 04-30246-MAP
I am notifing you of A change of Address as of 1-3-06
my new address is Renn. County Jail P.O. Box 389
Troy, N.Y. 12180 as To Local rule 83.5.2 (E) change of address.

Darren L. Favreau

Darren Favreau