UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DARREN L. FAVREAU,            )
       Plaintiff     )
                     )
       v.            ) C.A. NO. 04-30246-MAP
                     )
BERKSHIRE COUNTY JAIL,        )
       Defendant     )

ORDER REGARDING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
(Docket No. 30)

January 18, 2006

PONSOR, D.J.

    Plaintiff has brought this action against an entity he denominates the "Berkshire County Jail," seeking damages for certain violations of his rights.

    On July 12, 2005, Magistrate Judge Kenneth P. Neiman issued a Scheduling Order, setting a date for completion of discovery and for filing of motions pursuant to Fed. R. Civ. P. 56.  On December 19, 2005, Defendant filed a Motion for Summary Judgment.  To date, no opposition has been filed to this motion.

    However, on January 4, 2006 Plaintiff communicated to the clerk of this court indicating that his address had been changed to "Renn. County Jail, P. O. Box 389, Troy, New York 12180."  The court assumes that Defendant's Motion for Summary Judgment did not reach Plaintiff.  Before ruling on the motion, the court hereby orders the clerk to forward to

**Plaintiff at the above address a copy of Defendant's Motion for Summary Judgment (Docket No. 30), as well as the Memorandum in Support (Docket No. 31) and any attachments. Plaintiff will be given until February 28, 2006 to file his opposition. If the court does not receive an opposition by that date, the Motion for Summary Judgment will be allowed and the case will be closed.**

    **It is So Ordered.**

                                            **/s/ Michael A. Ponsor**
                                            **MICHAEL A. PONSOR**
                                            **U. S. District Judge**