United States District Court
District of Massachusetts

Plaintiff's name
Darren L. Favreau "Pro Se"
Hamden County Jail
629 Randall Rd.
Ludlow, MA 01056

Civil Action
No. 04-30246-MAP

V.

Defendants name
Berkshire County Jail
467 Cheshire Road
Pittsfield, MA 01201

Plaintiff's motion for United States District Court District of Massachusetts to Produce the "Transcripts" of The Scheduling Conference on 7-12-05 at 11AM.

Now, here comes the Plaintiff, Darren L. Favreau, and is asking this Honorable Court to grant this motion as Per Federal Rules of Civil Procedure, The Plaintiff Respectfully Request this court to Produce the Transcripts of this hearing on 7-12-05 at 11AM. The Judges name was Kenneth P. Neiman U.S. Magistrate Judge.

Wherefore, The Plaintiff request this Honorable Court to Allow his motion to be granted.

Signature: Darren L. Favreau
Name: Darren L. Favreau
Address: 629 Randall Rd.
Ludlow, MA 01056