United States District Court
District of Massachusetts

Plaintiff's Name
Darren L. Favreau
v.
Defendant's Name
Berkshire County Jail

Civil Action
No. 04-30246-MAP

### Plaintiff's Motion For Summary Judgment

Now comes the Plaintiff, Darren L. Favreau, and hereby moves that this court enter summary judgment in its favor with my Amended Complaint against Berkshire County Jail.

A Rebuttle to all supporting memorandum, concise statement of undisputed material facts, and supporting affidavit.

Date December 27, 2005

Sworn to me this
5th day of January 2006

[Notary signature]
NOTARY PUBLIC, STATE OF NEW YORK
ALBANY COUNTY
APPOINTMENT EXPIRES 6/26/06
KATHLEEN A. [illegible]
REG. NO. 01GA[illegible]

The Plaintiff
[signature] Darren Favreau
Darren L. Favreau
Hamden County Jail
629 Randall Rd.
Ludlow, MA 01056