United States District Court
District of Massachusetts

Plaintiffs name
Darrent. Favreau
V.
Defendants name
Berkshire County Jail

Civil Action
No. 04-30246-MAP

Plaintiffs motion a Rebuddle For Defendants memorandum in support of its motion for summary Judgment.

1. How can my claim be moot just because Berkshire County Jail moved me to another jail. The damage was done while I was there not after I was transfered.

2. John J. Quinn wrote a Affidavit saying that the law library was closed because Inmates were miss using the law library. Why should all Inmates pay for a few. Also if Inmates were doing this why didn't there to security staff discipline those Inmates.

3. As far as I know the High Risk Inmates would have there own time in the law library and the rest would come at different times.

4. On the first page of the Defendants Argument #2 they state that the "Paging System" is no longer in effect but on the Affidavit of John J. Quinn states in #10 that on 4-05 there policy was modified so inmates could use the law library but the paging system was to handle the majority of legal request. Which is it, is it no longer in effect or is it still in use. It seems to contradict each other who is telling the truth. Also a memo Exhibit A they get to use the law library twice a month for 25 minutes that is B+C to do they are all pre-trial Inmates I don't think 25 minutes twice a month can get it done. Also the drop of high risk Inmates dropped so there is a low number of Co defendants, witnesses against them, I highly doubt that. It seems like another smoke screen.

5. They only show two Grievances forms I wrote I know there are more. Also I did Appeal and was never answered and never given a copy of them. I made every attempt to get this matter resolved I wrote everyone.

6. On #19 of John J. Quinns Affidavit that on 11-12-04 "The Incident" occurred where a Investigation was done and it revealed that I was among the ring leaders behind it, why wasn't I written a Incident Report or locked down in Special Housing

of complaints about the law library but I know that the real reason I was shipped out was because of the civil suite because I told them what I was going to do.

7). The Defendant states on page 3 of there Argument that my case is moot because I no longer am Incarcerated at Berkshire County Jail, But when I did live there it affected my ability to do proper research on my case. So what they are saying is that because I am transferred, no damage was done. That is crazy.

8. Wherefore the Plaintiff demands Judgment For Defendants summary Judgment be denied and such other relief as this court deems Just.

Signature: Darren Favreau
Name: Darren L. Favreau
Address: 629 Randall Rd.
Ludlow, MA 01056