**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Darren Favreau
   Renn County Jail
   P.O. Box 389
   Troy NY  12180

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name): C. Smith
C. Date of Delivery: 1/23/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7664 0560 0000 4634 1698

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

