UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DARREN FAVREAU,            )
    Plaintiff          )
                           )
        v.             )   C.A. NO. 04-30246-MAP
                           )
BERKSHIRE COUNTY JAIL,     )
    Defendant          )

<u>MEMORANDUM AND ORDER REGARDING</u>
<u>REPORT AND RECOMMENDATION WITH REGARD TO</u>
<u>CROSS-MOTIONS FOR SUMMARY JUDGMENT</u>
(Docket Nos. 42, 30 & 37)

July 10, 2006

**PONSOR, D.J.**

    Plaintiff has brought this civil rights claim against the Berkshire County Jail.  Cross-motions for summary judgment were filed by both parties and the matter was referred the Chief Magistrate Judge Kenneth P. Neiman for report and recommendation on February 6, 2006.

    On June 14, 2006, Magistrate Judge Neiman issued his Report and Recommendation, to the effect that Defendant's motion be allowed and Plaintiff's motion be denied.  The memorandum warned both parties that failure to object to the recommendation within ten days could result in adoption of the Recommendation and issuance of the rulings as recommended by the Magistrate Judge.

    The Magistrate Judge's analysis of the issues was entirely correct and no objection has been filed to the

Report and Recommendation by either party.[1]

Based on these two reasons, the court hereby ADOPTS the Report and Recommendation. Defendant's Motion for Summary Judgment (Docket No. 30) is hereby ALLOWED and Plaintiff's Motion for Summary Judgment (Docket No. 37) is DENIED. The clerk is ordered to enter judgment for Defendant. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge

---

[1] A copy of the Report and Recommendation was mailed to Plaintiff at the address provided by him at the time the complaint was filed. No information has been conveyed to the court indicating any change of mailing address. However, on June 28, 2006, the mailing containing the Report and Recommendation was returned to this court as undeliverable. It is well established that all parties have an obligation to maintain communications with the court and to provide the court with updated mailing information as needed.