# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DARREN FAVREAU,

    Plaintiff(s)

        v.                   CIVIL ACTION NO. 3:04-30246-MAP

BERKSHIRE COUNTY JAIL,

    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Berkshire County Jail, against the plaintiff Darren Favreau, pursuant to the court's memorandum and order entered this date, granting the defendant motion for summary judgment.


                             **SARAH A. THORNTON**,
                             CLERK OF COURT

Dated:  July 10, 2006        By  /s/ *Maurice G. Lindsay*

                         Maurice G. Lindsay
                         Deputy Clerk